No. 82–667. FLORIDA *v.* ZAFRA. Dist. Ct. App. Fla., 3d Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Villamonte-Marquez,* 462 U. S. 579 (1983). ▪

No. 82–674. UNITED STATES *v.* BEALE. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Place,* 462 U. S. 696 (1983).

No. 82–853. RUSSELL CREEK LAND CO. ET AL. *v.* CHARJUAN, INC. Cir. Ct. W. Va., Cabell County. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mennonite Board of Missions* v. *Adams,* 462 U. S. 791 (1983).

No. 82–948. ILLINOIS *v.* BEAN. App. Ct. Ill., 3d Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Illinois* v. *Lafayette,* 462 U. S. 640 (1983).

No. 82–1006. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* LOCKHEED MISSILES & SPACE CO., INC. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Newport News Shipbuilding & Dry Dock Co.* v. *EEOC,* 462 U. S. 669 (1983).

No. 82–1365. CONTINENTAL INSURANCE CO. *v.* MOSELEY, EXECUTRIX OF THE ESTATE OF OLIVER, ET AL. Sup. Ct. Nev. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mennonite Board of Missions* v. *Adams,* 462 U. S. 791 (1983). ▪